

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-91,436-01

**IN RE DANIEL LEE HARRISON, Relator**

### ON APPLICATION FOR A WRIT OF MANDAMUS
### CAUSE NOS. 137009 & 1369904 IN THE 178TH DISTRICT COURT
### FROM HARRIS COUNTY

*Per curiam.*

### O R D E R

Relator has filed a motion for leave to file an application for a writ of mandamus under this Court's original jurisdiction. He contends that he filed applications for writs of habeas corpus in Harris County and his application has not been properly forwarded to this Court.

Respondent, the District Clerk of Harris County, shall forward Relator's habeas applications to this Court, respond that relator has not filed habeas applications in Harris County, forward copies of orders designating issues together with correspondence documenting the date the State received Relator's habeas application within the past 180 days, or forward copies of orders establishing new deadlines in accordance

with this Court's emergency orders regarding the COVID-19 State of Disaster. *See* TEX. CODE CRIM. PROC. art. 11.07, § 3(c)and (d); TEX.R.APP.P.73.4(b)(5); TEX.R.APP.P.73.5; *First Emergency Order Regarding the Covid-19 State of Disaster*, No. 20-9042 (Tex. Mar. 13, 2020); No. 20-007 (Tex. Crim. App. Mar. 13, 2020); *Third Emergency Order Regarding the Covid-19 Disaster*, No. 20-9044 (Tex. Mar. 19, 2020); No. 20-008 (Tex. Crim. App. Mar. 19, 2020); *Eighteenth Emergency Order Relating to the Covid-19 Disaster*, No. 20-9080 (Tex. Jun. 29, 2020).

This motion for leave to file will be held. Respondent shall comply with this order within thirty days from the date of this order.

Filed: September 16, 2020
Do not publish